# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHARLES HORTON                                              PLAINTIFF

v.                          No. 4:25-cv-483-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                               DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 15*, and overrules Horton's objections, *Doc. 16*. Fed. R. Civ. P. 72(b)(3).  The ALJ's opinion is thorough.  While he did not mention the sentence in APRN Johnson's 2020 letter about Horton's periodic limitations in daily activity caused by myositis and lupus flare-ups, the ALJ discussed in detail the care, treatment, limitations, and activities described by APRN Johnson and Dr. Noha Mohamed (Horton's neurology team) between 2020 and 2023.  On Horton's other objections:  the ALJ's decision, though imperfect at the margin on two points, favored Horton.  The mere possibility of an even more favorable analysis does not justify remand.  Notwithstanding fine lawyering by Horton's counsel, no basis for reversal is presented.  Horton struggles with pain, but substantial evidence supports the ALJ's decision; and the Court sees no reversible error of law.  *Sloan v. Saul*, 933 F.3d

946, 949 (8th Cir. 2019).  Horton's complaint will therefore be dismissed with prejudice.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_23 June 2026_

–2–