# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES HORTON**                                                                 **PLAINTIFF**

v.                                          No. 4:25-cv-483-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                          **DEFENDANT**

## JUDGMENT

Horton's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026